# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Thomas Wagner, et al., | Case No. 1:08-cv-00869-SSB-TSH |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Capital Management Services, LP, | |
| Defendant. | |

Now come Plaintiffs, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a settlement.   Plaintiffs anticipate filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    233 South Wacker Drive, Suite 5150
    Chicago, IL 60606
    Tel: 1.866.339.1156
    Fax: 1.312.822.1064
    rjm@legalhelpers.com
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on February 17, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210

*/s/ Richard J. Meier*