# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Thomas Wagner, et al.,
    Plaintiffs

v.                                         Case No. 1:08-cv-869

Capital Management Services, LP,
    Defendant

## ORDER

The Court having been advised by the parties that the within action has been settled;

It is **ORDERED** that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within Sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.


Date: April 27, 2009                          s/Sandra S. Beckwith
                                                                           Sandra S. Beckwith, Senior Judge
                                                                           United States District Court