UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Thomas Wagner, et al., | Case No. 1:08-cv-00869-SSB-TSH |
| Plaintiffs, | |
| v. | |
| Capital Management Services, LP, | NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a) with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
 Richard J. Meier
 233 South Wacker Drive, Suite 5150
 Chicago, IL 60606
 Tel: 1.866.339.1156
 Fax: 1.312.822.1064
 rjm@legalhelpers.com
 *Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210

                */s/ Richard J. Meier*